# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 13, 2014

## NO. 03-12-00315-CR

**Clifford Bart Dunbar, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 167TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE**
**AFFIRMED -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.